John W. Huber (7226)
Marc T. Rasich (9279)
Nicholas Peterson (19177)
GREENBERG TRAURIG LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: 801.478.6900
john.huber@gtlaw.com
marc.rasich@gtlaw.com
nick.peterson@gtlaw.com

*Attorneys for Plaintiff InnoSys, Inc.*

---

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH

| | |
|---|---|
| INNOSYS, INC., a Utah corporation,<br><br>        Plaintiff,<br>v.<br><br>WAMCO, Inc., a California corporation,<br><br>        Defendant. | **JOINT MOTION TO AMEND THE TWELFTH AMENDED SCHEDULING ORDER**<br><br>Case No. 2:22-cv-00758-TS-CMR<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

**JOINT MOTION TO AMEND THE TWELFTH AMENDED SCHEDULING ORDER**

Plaintiff InnoSys, Inc. ("InnoSys") and Defendant Wamco, Inc. ("Wamco"), by and through their undersigned counsel of record, hereby jointly move the Court to Amend the Twelfth Amended Scheduling Order [Dkt. No. 65] by extending the pending deadlines by ninety (90) days to permit the parties to exchange documents and complete the numerous depositions contemplated by the parties. In support, Plaintiff and Defendant state as follows:

1.      On January 31, 2023, the Court entered its Scheduling Order in this matter.

2.      On April 6, 2023, the parties jointly filed a stipulated Motion to Amend the

Scheduling Order, which was granted by the Court on April 7, 2023 (the "Amended Scheduling Order").

3.      On August 30, 2023, the parties jointly filed a subsequent Motion to Amend the Amended Scheduling Order, which was granted by the Court on August 31, 2023 (the "Second Amended Scheduling Order").

4.      On June 7, 2024, the parties jointly filed a stipulated Motion to Amend the Second Scheduling Order, which was granted by the Court on June 10, 2024 (the "Third Amended Scheduling Order") and corrected by the Court in response to a separate motion on June 14, 2024 (the "Fourth Amended Scheduling Order").

5.      On September 23, 2024, the parties jointly filed a stipulated Motion to Amend the Fourth Amended Scheduling Order, which was granted by the Court on September 26, 2024 (the "Fifth Amended Scheduling Order").

6.      On January 10, 2025, the parties jointly filed a stipulated Motion to Amend the Fifth Amended Scheduling Order, which was granted by the Court on January 13, 2025 (the "Sixth Amended Scheduling Order.")

7.      On February 27, 2025, the parties jointly filed a stipulated Motion to Amend the Sixth Amended Scheduling Order, which was granted by the Court on February 28, 2025 (the "Seventh Amended Scheduling Order")

8.      On April 30, 2025, the parties jointly filed a stipulated Motion to Amend the Seventh Amended Scheduling Order, which was granted by the Court on May 1, 2025 (the "Eighth Amended Scheduling Order").

9.      On July 29, 2025, the parties jointly filed a stipulated Motion to Amend the Eighth

Amended Scheduling Order, which was granted by the Court on July 30, 2025 (the "Ninth Amended Scheduling Order").

10.     On October 15, 2025, the parties jointly filed a stipulated Motion to Amend the Ninth Scheduling Order, which was granted by the Court on October 16, 2025 (the "Tenth Amended Scheduling Order").

11.     On January 27, 2026, the parties jointly filed a stipulated Motion to Amend the Tenth Scheduling Order, which was granted by the Court on January 28, 2026 (the "Eleventh Amended Scheduling Order").

12.     On March 10, 2026, the parties jointly filed a stipulated Motion to Amend the Eleventh Scheduling Order, which was granted by the Court on March 11, 2026 (the "Twelfth Amended Scheduling Order").

13.     Since the Twelfth Amended Scheduling Order was entered, the parties have continued working through the discovery process, are working through remaining discovery requests, and contemplate taking additional depositions in this matter. Furthermore, the parties are continuing to explore the possibility of mediation to resolve this matter. In light of the parties' desires to schedule and participate in these depositions, to complete the exchange of any remaining informational responses and document productions, and to potentially engage in mediation, the parties now seek to extend the pending deadlines in this case.

14.     Counsel for Plaintiff and counsel for Defendant have agreed to the following extensions to the Court's Twelfth Amended Scheduling Order:

- Close of fact discovery: 09/30/2026
- Final date for supplementation of disclosures and discovery under Rule 26(e): 11/02/2026
- Party(ies) bearing burden of proof: 11/02/2026

- Counter disclosures: 12/02/2026
- Counter reports: 12/02/2026
- Last day for expert discovery: 01/06/2027
- Deadline for filing dispositive or potentially dispositive motions: 12/03/2026
- Deadline for filing partial or complete motions to exclude expert testimony: 12/03/2026
- Evaluation case for settlement/ADR on: 03/03/2027
- Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed: 03/15/2027

15.    These proposed dates will provide counsel sufficient time to adequately carry out discovery and other responsibilities in this case.

16.    This is the twelfth request to amend the Scheduling Order and is made in good faith and not for the purposes of delay.

17.    Based on the foregoing, the parties respectfully request the Court grant this Joint Motion and extend the Twelfth Amended Scheduling Order consistent with the dates listed above.

DATED: June 10, 2026

GREENBERG TRAURIG, LLP                    BARNES & THORNBURG, LLP

/s/ Nicholas Peterson                           /s/ Garrett Llewelyn (signed with permission)
Nicholas Peterson                                Garrett Llewelyn
John W. Huber                                    Kevin Rising
Marc T. Rasich                                   Ryan Marshall

Attorneys for Plaintiff InnoSys, Inc.            Attorneys for Defendant Wamco, Inc.

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, a true and correct copy of the foregoing **JOINT**

**MOTION TO AMEND THE TWELFTH AMENDED SCHEDULING ORDER** was served

on the following parties via CM/ECF.

> Ryan L. Marshall
> BARNES & THORNBURG LLP
> 299 South Main Street, Suite 1825
> Salt Lake City, UT 84111
> (801) 906-5125
> ryan.marshall@btlaw.com
>
> Garrett S. Llewellyn
> Kevin D. Rising
> BARNES & THORNBURG LLP
> 2029 Century Park East, Ste. 300
> Los Angeles, CA 90067
> (310) 284-3880
> garrett.llewellyn@btlaw.com
> kevin.rising@btlaw.com

*/s/ Suzanne Williams*