John W. Huber (7226)
Marc T. Rasich (9279)
Nicholas Peterson (19177)
GREENBERG TRAURIG LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: 801.478.6900
john.huber@gtlaw.com
marc.rasich@gtlaw.com
nick.peterson@gtlaw.com

*Attorneys for Plaintiff InnoSys, Inc.*

---

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF UTAH

| | |
|---|---|
| INNOSYS, INC., a Utah corporation,<br><br>    Plaintiff,<br><br>v.<br><br>WAMCO, Inc., a California corporation,<br><br>    Defendant. | **[PROPOSED] THIRTEENTH AMENDED SCHEDULING ORDER**<br><br>Case No. 2:22-cv-00758-TS-CMR<br><br>Judge Ted Stewart<br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Joint Motion to Amend the Twelfth Amended Scheduling Order (the "Motion"), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the Twelfth Amended Scheduling Order [Dkt. No. 65] is amended as follows:

1. Close of fact discovery: 09/30/2026

2. Final date for supplementation of disclosures and discovery under Rule 26(e): 11/02/2026

3. Party(ies) bearing burden of proof: 11/02/2026

4. Counter disclosures: 12/02/2026

5. Counter reports: 12/02/2026

6. Last day for expert discovery: 01/06/2027

7. Deadline for filing dispositive or potentially dispositive motions: 12/03/2026

8. Deadline for filing partial or complete motions to exclude expert testimony: 12/03/2026

9. Evaluation case for settlement/ADR on: 03/03/2027

10. Deadline for filing a request for a scheduling conference with the district judge for the purpose of setting a trial date if no dispositive motions are filed: 03/15/2027

11. If dispositive motions are filed and the district judge's ruling on those motions does not resolve the case, the parties shall file a request for a scheduling conference with the district judge for the purpose of setting a trial date no later than one week after the ruling on the dispositive motions.

IT IS SO ORDERED.

DATED: _____

_____
Magistrate Judge Cecilia M. Romero
U.S. Magistrate Judge